UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CONTRACTING MANAGEMENT, INC.,

          Plaintiff,

    vs.                                CIVIL NO.  5:07-cv-998 (GTS/ATB)

ACTUS LEND LEASE, LLC,

          Defendant.

_____

Appearances:                              Of Counsel:

GATES, ADAMS LAW FIRM          Anthony J. Adams, Jr., Esq.
   *Attorneys for Plaintiff*           Dan Adams, Esq.
28 Main Street East
Rochester, NY 14614

SHEATS & ASSOCIATES, PC        Edward J. Sheats, Esq.
   *Attorneys for Plaintiff*
9650 Brewerton Road
PO Box 820
Brewerton, NY 13029

HANCOCK & ESTABROOK, LLP      John G. Powers, Esq.
   *Attorneys for Defendant*       Thomas C. Cambier, Esq.
1500 AXA Tower I
Syracuse, NY 13221

Glenn T. Suddaby, U.S. District Judge

## JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT

      The Court having been advised by counsel that the parties in this action have

entered into an agreement in settlement of all claims in this action, and that they

reasonably anticipate finalizing their agreement shortly, following which this action will be

discontinued, with prejudice, by stipulation pursuant to Rule 41(a)(1)(ii) of the Federal Rules

of Civil Procedure.  Counsel has also advised that no infant or incompetent is a party to this

action.  Based upon this development, I find that it is not necessary for this action to remain on the calendar of the Court.  It is therefore hereby

**ORDERED** that this action is **DISMISSED** in its entirety **without prejudice** pursuant to the procedure as set forth in L.R. 68.2(a) of the Local Rules of this court.  This judgment is issued without prejudice to the right of the parties to secure reinstatement of the case within ninety (90) days after the date of this judgment by making a showing that the settlement was not, in fact, consummated; and in the event that no request is made for reinstatement within ninety (90) days of the date of this judgment, the dismissal of this case shall thereafter be **with prejudice**; and it is further

Dated: August 15, 2011
          Syracuse, New York

Hon. Glenn T. Suddaby
U.S. District Judge